**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
jworthe@whwlawcorp.com
jhanson@whwlawcorp.com

FILED

08 APR 17 PM 2: 24

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: *q*
                        DEPUTY

JEFFREY A. WORTHE, SBN 080856
JOHN R. HANSON, SBN 149794

Attorneys for Defendant, DELTA AIR LINES, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE MCKINNEY, an individual, | Case No. '08 CV 0707 JLS AJB |
| Plaintiffs, | SDSC #: 37-2007-00082462-CU-PO-CLT |
| v. | |
| DELTA AIR LINES, INC., and DOES 1 through 50, Inclusive, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1446(b) AND 28 U.S.C. § 1441(b)** |
| Defendants. | |
| | Complaint Filed: November 28, 2007 |

**JURISDICTION** of this Court is invoked on the basis of diversity of citizenship and pursuant to 28 U.S.C. 1332, 28 U.S.C. 1441 and 28 U.S.C. 1446.

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant, DELTA AIR LINES, INC. hereby removes to this Court the State Court Action described below.

1.    Defendant, DELTA AIR LINES, INC., hereby invokes the jurisdiction of this Court based upon the provisions of 28 U.S.C. § 1332, 28 U.S.C. § 1441 and 28 U.S.C. § 1446, on the basis of diversity of citizenship.

///

///

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE (714) 285-9600

2.    On November 28, 2007, an action was commenced in the Superior Court of the State of California in and for the County of San Diego, entitled "Joyce McKinney v. Delta Air Lines, Inc. and DOES 1 TO 50, inclusive, Defendants" as Case No. 37-2007-00082462-CU-PO-CTL.  A copy of Plaintiff's Complaint is attached as **Exhibit "A."**   The Complaint was not a document from which this case could be removed.

3.    The Complaint in this action was purportedly served on DELTA AIR LINES, INC. on December 3, 2008, as evidenced by the Proof of Service executed by Monica M. Dube, of the Law Offices of Miller, King & James, LLP, attached hereto as **Exhibit "B."**

4.    On April 11, 2008, Defendant DELTA AIR LINES, INC. filed its Answer to the Complaint.  A true and correct copy of Defendant's Answer the Complaint is attached hereto as **Exhibit "C."**

4.    On or about April 4, 2008, counsel for Plaintiff, JOYCE McKINNEY caused to be served a Statement of Damages setting forth general damages in the amount of $250,000.00, medical expenses in the amount of $50,000.00, and future medical expense $500,000.  Plaintiff's total claimed damages are $1,250,000.  A true and correct copy of the Statement of Damages is attached hereto as **Exhibit "D."** The Statement of Damages was the first document upon which this case could be removed.

9.    Pursuant to 28 U.S.C. § 1446(b), defendant has thirty (30) days from the date it received the Statement of Damages, April 4, 2008, to remove this matter to the United States District Court for the Southern District of California.

10.    This is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, as evidenced by **Exhibit "D."**

11.    This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b), in that it is a civil

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE (714) 285-9600

2

1   action wherein the matter in controversy exceeds the sum of $75,000.00, and is

2   between citizens of different states.

3       12.    Defendant DELTA AIR LINES, INC. is informed and believes that

4   Plaintiff, JOYCE McKINNEY, resides in the City of San Diego, and was, and still is,

5   a citizen of the State of California.

6       13.    Defendant, DELTA AIR LINES, INC. was, at the time of the filing of this

7   action, and still is, incorporated under the laws of the State of Delaware, having its

8   principal place of business within the State of Georgia.  DELTA AIR LINES, INC.

9   conducts most of its activity in the State of Georgia, and is most visible and impacts

10  the public in the State of Georgia.  The majority of DELTA AIR LINES, INC.'s

11  employees are within the State of Georgia, its tangible property is located in the State

12  of Georgia and its central hub is located at Hartsfield International Airport, Atlanta,

13  Georgia.

14      14.    Accordingly, the United States District Court for the Southern District of

15  California has diversity jurisdiction, and this action is properly removed pursuant to

16  28 U.S.C., §1441(b), et seq. Group.

17

18  DATED: April 16, 2008                    **WORTHE HANSON & WORTHE**

19

20

21                                    By: _____
                                          JEFFREY A. WORTHE, ESQ.
22                                        Attorneys for Defendant, DELTA AIR
                                          LINES, INC.

23

24

25

26

27

28

*Left margin (vertical):* WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

Ex A

EXHIBIT A

04/10/2008  10:58    619668_011                    PAGE 02/11

DAVID D MILLER

# SUMMONS
## (CITACIÓN JUDICIAL)

**SUM-100**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Delta Air Lines, Inc.

and DOES 1 through 50, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Joyce McKinney

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

NOV 28 PM 1:35

SAN DIEGO COUNTY, CA

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California - San Diego
Hall of Justice
330 W. Broadway
San Diego, California 92101

CASE NUMBER:
*(Número del Caso):*
37-2007-00082462-CU-PO-CTL

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Patricia I. James (CSBN 90633)
MILLER, KING & JAMES, LLP
707 Broadway, Suite 1800
San Diego, California

DATE: NOV 28 2007                        Clerk, by ___ C. BOYLE ___, Deputy
*(Fecha)*                                *(Secretario)*                    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [X] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify)*:

3. [ ] on behalf of *(specify)*:

   under: [ ] CCP 416.10 (corporation)      [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify)*:
4. [ ] by personal delivery on *(date)*:

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal Solutions Plus

Page 1 of 1

Code of Civil Procedure §§ 412.20, 465

04/10/2008  10:58    6196850011                         PAGE  04/11

DAVID D MILLER

---

982.1(1)

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Patricia I. James (State Bar No. 90633)
Nicholas S. King (State Bar No. 179605)
MILLER, KING & JAMES, LLP
707 Broadway, Suite 1800
San Diego, California 92101
TELEPHONE NO: 619.685.0077        FAX NO. *(Optional):* 619.685.0011
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* Plaintiff

FOR COURT USE ONLY

07 NOV 28 PH 1:35
SAN DIEGO COUNTY CA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, California 92101
BRANCH NAME: Hall of Justice

PLAINTIFF: Joyce McKinney

DEFENDANT: Delta Air Lines, Inc.

[X] DOES 1 TO 50

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED *(Number):*

Type *(check all that apply):*
[ ] MOTOR VEHICLE               [ ] OTHER *(specify):*
  [ ] Property Damage             [ ] Wrongful Death
  [x] Personal Injury             [ ] Other Damages *(specify):*

Jurisdiction *(check all that apply):*
[ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded    [ ] does not exceed $10,000
                       [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER:
37-2007-00082462-CU-PO-CTL

1. Plaintiff *(name or names):* Joyce McKinney
   alleges causes of action against defendant *(name or names):* Delta Air Lines, Inc.
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

   b. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
982.1(1) [Rev. January 1, 2006]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Legal
Solutions
& Plus

Page 1 of 3
Code of Civil Procedure, § 425.12

04/10/2008  10:58    6196899011                    DAVID D MILLER                                    PAGE  05/11

| SHORT TITLE: McKinney v. Delta Air Lines, Inc. | 982.1(1) |
|---|---|
| | CASE NUMBER: |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

    a. ☐  Motor Vehicle
    b. ☒  General Negligence
    c. ☐  Intentional Tort
    d. ☐  Products Liability
    e. ☐  Premises Liability
    f. ☐  Other *(specify):*

11. Plaintiff has suffered

    a. ☒  wage loss
    b. ☐  loss of use of property
    c. ☒  hospital and medical expenses
    d. ☒  general damage
    e. ☐  property damage
    f. ☒  loss of earning capacity
    g. ☐  other damage *(specify):*

12. ☐  The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐  listed in Attachment 12.
    b. ☐  as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒  compensatory damages
       (2) ☐  punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☒  according to proof
       (2) ☐  in the amount of: $

15. ☐  The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 11.01.07

Patricia I. James
(TYPE OR PRINT NAME)

▶ _(signature)_
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

982.1(1) [Rev. January 1, 2006]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Page 3 of 3

04/10/2008  10:58    61968011                  DAVID D MILLER                              PAGE  05/11

| SHORT TITLE: | | CASE NUMBER: |
|---|---|---|
| McKinney v. Delta Airlines, Inc., et al. | | |

First _____          **CAUSE OF ACTION - General Negligence**                    Page __4__
          (number)

**ATTACHMENT TO**  ☒ Complaint   ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*   Joyce McKinney

alleges that defendant *(name):*   Delta Airlines, Inc.

☒ Does __1__ to __50__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):*  July 10, 2007
at *(place):* Hartsfield-Jackson Atlanta International Airport, 8700 Spine Road, A-16, Atlanta, Georgia 30337
*(description of reasons for liability):*

At all times herein mentioned, defendant DELTA AIR LINES, INC. (hereinafter referred to as "DELTA") and DOES 1 through 50 were engaged in business as a common carrier of persons for compensation and operated an airplane in Atlanta, Georgia.

Prior to July 10, 2006, Plaintiff had paid the fare for a trip aboard DELTA's airline to Atlanta, Georgia.  DELTA and DOES 1 through 50 thereby undertook, contracted and became obliged to accept and transport her safely to Atlanta, Georgia.

On or about July 10, 2006, Plaintiff was exiting DELTA's airplane in Atlanta, Georgia via the tunnel to the terminal entrance.  While walking down the tunnel, plaintiff tripped and fell over carpet that was buckled and taped, thereby injuring her hip, knee and ankle.

DELTA and DOES 1 through 50 owed a duty to use the highest care and vigilance of a very cautious person. They had a duty to do all that human care, vigilance and foresight reasonably could under the circumstances to avoid harm to passengers departing their airplanes.  However, DELTA and DOES 1 through 50 failed to ensure that the carpet in the tunnel was properly secured.

The injury to Plaintiff was proximately caused by the negligence and carelessness of DELTA and DOES 1 through 50.

As a direct and proximate result of the negligence of DELTA and DOES 1 through 50, Plaintiff was injured as alleged.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(3)
Optional Form

**CAUSE OF ACTION - General Negligence**

Legal
Solutions
Plus

CCP 425.12

04/10/2008 10:58 6196855011        DAVID D MILLER        PAGE 07/11

---

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
STREET ADDRESS:     330 West Broadway
MAILING ADDRESS:    330 West Broadway
CITY AND ZIP CODE:   San Diego, CA 92101
BRANCH NAME:       Central
TELEPHONE NUMBER: (619) 685-8150

PLAINTIFF(S) / PETITIONER(S):     Joyce McKinney

DEFENDANT(S) / RESPONDENT(S): Delta Air Lines Inc

MCKINNEY VS. DELTA AIR LINES INC

| NOTICE OF CASE ASSIGNMENT | CASE NUMBER: 37-2007-00082462-CU-PO-CTL |
|---|---|

Judge: Steven R. Denton            Department: C-73

COMPLAINT/PETITION FILED: 11/28/2007

## CASES ASSIGNED TO THE PROBATE DIVISION ARE NOT REQUIRED TO COMPLY WITH THE CIVIL REQUIREMENTS LISTED BELOW

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT).

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

**TIME STANDARDS:** The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil consists of all cases except: Small claims appeals, petitions, and unlawful detainers.

**COMPLAINTS:** Complaints must be served on all named defendants, and a CERTIFICATE OF SERVICE (SDSC CIV-345) filed within 60 days of filing. This is a mandatory document and may not be substituted by the filing of any other document.

**DEFENDANT'S APPEARANCE:** Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than a 15 day extension which must be in writing and filed with the Court.)

**DEFAULT:** If the defendant has not generally appeared and no extension has been granted, the plaintiff must request default within 45 days of the filing of the Certificate of Service.

THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO LITIGATION, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. MEDIATION SERVICES ARE AVAILABLE UNDER THE DISPUTE RESOLUTION PROGRAMS ACT AND OTHER PROVIDERS. SEE ADR INFORMATION PACKET AND STIPULATION.

YOU MAY ALSO BE ORDERED TO PARTICIPATE IN ARBITRATION PURSUANT TO CCP 1141.10 AT THE CASE MANAGEMENT CONFERENCE. THE FEE FOR THESE SERVICES WILL BE PAID BY THE COURT IF ALL PARTIES HAVE APPEARED IN THE CASE AND THE COURT ORDERS THE CASE TO ARBITRATION PURSUANT TO CCP 1141.10. THE CASE MANAGEMENT CONFERENCE WILL BE CANCELLED IF YOU FILE FORM SDSC CIV-359 PRIOR TO THAT HEARING

---

SDSC CIV-721 (Rev. 11-06)

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

| | | FOR COURT USE ONLY |
|---|---|---|
| STREET ADDRESS: | 330 West Broadway | |
| MAILING ADDRESS: | 330 West Broadway | |
| CITY, STATE, & ZIP CODE: | San Diego, CA 92101-3827 | |
| BRANCH NAME: | Central | |

PLAINTIFF(S):   Joyce McKinney

DEFENDANT(S): Delta Air Lines Inc

SHORT TITLE:   MCKINNEY VS. DELTA AIR LINES INC

| **STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION PROCESS**<br>**(CRC 3.221)** | CASE NUMBER:<br>37-2007-00082462-CU-PO-CTL |
|---|---|

Judge: Steven R. Denton                                                          Department: C-73

The parties and their attorneys stipulate that the matter is at issue and the claims in this action shall be submitted to the following alternative dispute resolution process. Selection of any of these options will not delay any case management time-lines.

☐ Court-Referred Mediation Program                    ☐ Court-Ordered Nonbinding Arbitration

☐ Private Neutral Evaluation                          ☐ Court-Ordered Binding Arbitration (Stipulated)

☐ Private Mini-Trial                                  ☐ Private Reference to General Referee

☐ Private Summary Jury Trial                          ☐ Private Reference to Judge

☐ Private Settlement Conference with Private Neutral  ☐ Private Binding Arbitration

☐ Other (specify): _____

It is also stipulated that the following shall serve as arbitrator, mediator or other neutral: (Name)

_____

_____

Alternate: (mediation & arbitration only) _____

Date: _____                        Date: _____

Name of Plaintiff                                     Name of Defendant

Signature                                             Signature

Name of Plaintiff's Attorney                          Name of Defendant's Attorney

Signature                                             Signature

(Attach another sheet if additional names are necessary). It is the duty of the parties to notify the court of any settlement pursuant to California Rules of Court, 3.1385. Upon notification of the settlement the court will place this matter on a 45-day dismissal calendar.

No new parties may be added without leave of court and all un-served, non-appearing or actions by names parties are dismissed.

**IT IS SO ORDERED.**

Dated: 11/28/2007

_____

SCSC CIV-359 (Rev 01-07)                              JUDGE OF THE SUPERIOR COURT

**STIPULATION TO USE OF ALTERNATIVE DISPUTE RESOLUTION**                  Page: 1

3

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

CASE NUMBER: 37-2007-00082462-CU-PO-CTL        CASE TITLE: McKinney vs. Delta Air Lines Inc

## NOTICE TO LITIGANTS/ADR INFORMATION PACKAGE

You are required to serve a copy of this Notice to Litigants/ADR Information Package and a copy of the blank Stipulation to Alternative Dispute Resolution Process (received from the Civil Business Office at the time of filing) with a copy of the Summons and Complaint on all defendants in accordance with San Diego Superior Court Rule 2.1.5, Division II and CRC Rule 201.9.

## ADR POLICY

It is the policy of the San Diego Superior Court to strongly support the use of Alternative Dispute Resolution ("ADR") in all general civil cases. The court has long recognized the value of early case management intervention and the use of alternative dispute resolution options for amenable and eligible cases. The use of ADR will be discussed at all Case Management Conferences. It is the court's expectation that litigants will utilize some form of ADR — i.e. the court's mediation or arbitration programs or other available private ADR options as a mechanism for case settlement before trial

## ADR OPTIONS

**1) CIVIL MEDIATION PROGRAM:** The San Diego Superior Court Civil Mediation Program is designed to assist parties with the early resolution of their dispute. All general civil independent calendar cases, including construction defect, complex and eminent domain cases are eligible to participant in the program. Limited civil collection cases are not eligible at this time. San Diego Superior Court Local Rule 2.31, Division II addresses this program specifically. Mediation is a non-binding process in which a trained mediator 1) facilitates communication between disputants, and 2) assists parties in reaching a mutually acceptable resolution of all or part of their dispute. In this process, the mediator carefully explores not only the relevant evidence and law, but also the parties' underlying interests, needs and priorities. The mediator is not the decision-maker and will not resolve the dispute – the parties do. Mediation is a flexible, informal and confidential process that is less stressful than a formalized trial. It can also save time and money, allow for greater client participation and allow for more flexibility in creating a resolution.

**Assignment to Mediation, Cost and Timelines:** Parties may stipulate to mediation at any time up to the CMC or may stipulate to mediation at the CMC. Mediator fees and expenses are split equally by the parties, unless otherwise agreed. Mediators on the court's approved panel have agreed to the court's payment schedule for county-referred mediation: $150.00 per hour for each of the first two hours and their individual rate per hour thereafter. Parties may select any mediator, however, the court maintains a panel of court-approved mediators who have satisfied panel requirements and who must adhere to ethical standards. All court-approved mediator fees and other policies are listed in the Mediator Directory at each court location to assist parties with selection. Discovery: Parties do not need to conduct full discovery in the case before mediation is considered, utilized or referred. Attendance at Mediation: Trial counsel, parties and all persons with full authority to settle the case must personally attend the mediation, unless excused by the court for good cause.

**2) JUDICIAL ARBITRATION:** Judicial Arbitration is a binding or non-binding process where an arbitrator applies the law to the facts of the case and issues an award. The goal of judicial arbitration is to provide parties with an adjudication that is earlier, faster, less formal and less expensive than trial. The arbitrator's award may either become the judgment in the case if all parties accept or if no trial de novo is requested within the required time. Either party may reject the award and request a trial de novo before the assigned judge if the arbitration was non-binding. If a trial de novo is requested, the trial will usually be scheduled within a year of the filing date.

**Assignment to Arbitration, Cost and Timelines:** Parties may stipulate to binding or non-binding judicial arbitration or the judge may order the matter to arbitration at the case management conference, held approximately 150 days after filing, if a case is valued at under $50,000 and is "at issue". The court maintains a panel of approved judicial arbitrators who have practiced law for a minimum of five years and who have a certain amount of trial and/or arbitration experience. In addition, if parties select an arbitrator from the court's panel, the court will pay the arbitrator's fees. Superior Court

**3) SETTLEMENT CONFERENCES:** The goal of a settlement conference is to assist the parties in their efforts to negotiate a settlement of all or part of the dispute. Parties may, at any time, request a settlement conference before the judge assigned to their case; request another assigned judge or a pro tem to act as settlement officer; or may privately utilize the services of a retired judge. The court may also order a case to a mandatory settlement conference prior to trial before the court's assigned Settlement Conference judge.

**4) OTHER VOLUNTARY ADR:** Parties may voluntarily stipulate to private ADR options outside the court system including private binding arbitration, private early neutral evaluation or private judging at any time by completing the "Stipulation to Alternative Dispute Resolution Process" which is included in this ADR package. Parties may also utilize mediation services offered by programs that are partially funded by the county's Dispute Resolution Programs Act. These services are available at no cost or on a sliding scale based on need. For a list of approved DRPA providers, please contact the County's DRPA program office at (619) 238-2400.

**ADDITIONAL ADR INFORMATION:** For more information about the Civil Mediation Program, please contact the Civil Mediation Department at (619) 515-8908. For more information about the Judicial Arbitration Program, please contact the Arbitration Office at (619) 531-3818. For more information about Settlement Conferences, please contact the Independent Calendar department to which your case is assigned. Please note that staff can only discuss ADR options and cannot give legal advice.

SDSC CIV-730 (Rev 12-06)

04/10/2008  10:58   6196850011   DAVID D MILLER   PAGE  03/11

---

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

Patricia I. James (State Bar No. 90633)
David D. Miller (State Bar No. 66863)
MILLER, KING & JAMES, LLP
707 Broadway, Suite 1800
San Diego, California 92101
TELEPHONE NO.: 619.685.0077   FAX NO.: 619.685.0011
ATTORNEY FOR (Name): Plaintiff

FOR COURT USE ONLY

07 NOV 20 PM 1:35

SAN DIEGO COUNTY, CA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, California 92101
BRANCH NAME: Hall of Justice

CASE NAME: McKinney v. Delta Air Lines, Inc.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 37-2007-00082462-CU-PO-CTL |
|---|---|---|
| [x] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder | JUDGE: |
| | Filed with first appearance by defendant (Cal. Rules of Court, rule 1811) | DEPT: |

*Items 1-5 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [x] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 1800-1812)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition (not specified above) (43)

2. This case [ ] is [x] is not complex under rule 1800 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Type of remedies sought (check all that apply):
   a. [x] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action (specify):
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: October 18, 2007

Patricia I. James (State Bar No. 90633)
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 201.8.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 1800 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. January 1, 2008] | CIVIL CASE COVER SHEET | Page 1 of 2<br>Cal. Rules of Court, rules 201.8, 1800-1812;<br>Standards of Judicial Administration, § 19 |
|---|---|---|

Legal Solutions Plus

Ex B

McKinney v. Delta Air Lines, Inc.
Case No. 37-2007-00082462-CU-PO-CTL

**PROOF OF SERVICE**

I am employed in the County of San Diego, State of California.  I am over eighteen years of age and not a party to this action.  My business address 707 Broadway, Suite 1800, San Diego, California, 92101.

On **December 3, 2007** I served a true copy of the following document(s):

1. Summons
2. Complaint
3. Notice of Case Assignment
4. Stipulation to Alternative Dispute Resolution Process
5. ADR Information Package

on all interested parties in this action as follows:

| | |
|---|---|
| CSC-Lawyers Incorporating Service<br>P.O. Box 526036<br>Sacramento, California 95852 | Agent for Service of Process<br>for Defendant |

☒  **U.S. MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Accordingly, the above-referenced document(s) were enclosed in a sealed envelope which, in the ordinary course of business, will be deposited with the United States Postal Service the same day; and said envelope was addressed as shown on the attached service list.

☐  **BY FAX:** I transmitted a copy of the foregoing document(s) on this date by facsimile transmittal to the number shown on the service list.

☐  **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to _____ for delivery to the address(es) shown on the service list.

☐  **BY PERSONAL SERVICE:** I personally delivered such document(s) by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **December 3, 2007** in San Diego, California.

Monica M. Dubé

Ex C

EXHIBIT C

1  **WORTHE HANSON & WORTHE**
   A Law Corporation
2  1851 East First Street, Ninth Floor
   Santa Ana, California 92705
3  Telephone (714) 285-9600
   Facsimile (714) 285-9700
4  jworthe@whwlawcorp.com
   jhanson@whwlawcorp.com
5
   JEFFREY A. WORTHE, SBN 080856
6  JOHN R. HANSON, SBN 149794

7  Attorneys for Defendant, DELTA AIR LINES, INC.

8
                **SUPERIOR COURT FOR THE STATE OF CALIFORNIA**
9
                **COUNTY OF SAN DIEGO, CENTRAL DISTRICT**
10
                                **HALL OF JUSTICE**                    **BY FAX**
11
   JOYCE MCKINNEY, an individual,        )   **Case No. 37-2007-00082462-CU-PO-CLT**
12                                        )   Assigned for All Purposes to:
                            Plaintiffs,  )   The Honorable Steven R. Denton
13                                        )   Department C73
   v.                                     )
14                                        )
   DELTA AIR LINES, INC., and DOES 1 through )
15 50, Inclusive,                         )   **DEFENDANT, DELTA AIR LINES,**
                                          )   **INC.'S ANSWER TO COMPLAINT**
16                          Defendants.   )
                                          )
17                                        )
                                          )
18 _____  )   Complaint Filed: November 28, 2007

19      **TO THE ABOVE ENTITLED COURT, THE PARTIES AND TO THEIR**

20 **ATTORNEYS OF RECORD:**

21      **COMES NOW**, Defendant DELTA AIR LINES, INC., and answering the Complaint

22 of Plaintiff for itself alone and for no other Defendant, admits denies and alleges as follows:

23      1.      Under the provisions of Section 431.30 of the *California Code of Civil*

24 *Procedure,* this answering defendant denies each and every allegation and all of the

25 allegations of said unverified complaint of Plaintiff and the whole thereof, and further

26 expressly denies that as a direct or proximate result of any act or omission on the part of this

27 answering defendant, that plaintiff has sustained injury or damage in the amount alleged or in

28 any amount at all.

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

**FIRST AFFIRMATIVE DEFENSE**

2.     That the Complaint on file herein, and each and every purported cause of action contained therein, fails to state facts sufficient to constitute a cause of action against this answering Defendant.

**SECOND AFFIRMATIVE DEFENSE**

3.     That at all times herein relevant the Plaintiff failed to use due, adequate, reasonable or any care for her own safety and well being and that said failure proximately resulted in all, or some portion, of the injuries or damages alleged to have been suffered by Plaintiff and that Plaintiff is thereby barred and precluded from recovering all or such portion of said damages to the extent that Plaintiff was responsible therefor.

**THIRD AFFIRMATIVE DEFENSE**

4.     That at the time and place of the incident described in the Complaint on file herein, and prior thereto, Plaintiff voluntarily and knowingly assumed the risk of injury and/or damage, if any, and by reason thereof, Plaintiff is barred from any recovery herein.

**FOURTH AFFIRMATIVE DEFENSE**

5.     That if the allegations contained in the Complaint are true, and the Plaintiff was injured and/or damaged as alleged, this answering Defendant alleges that said injuries and/or damages, if any, the whole or part thereof, were and are the proximate and direct result of the recklessness, carelessness and negligence of the Plaintiffs, persons, individuals, entities, other than this answering Defendant, and, in the event that this answering Defendant is found to be liable to the Plaintiff herein in any manner whatsoever, or at all, this answering Defendant prays for leave of Court to compare their negligence with the negligence of such other Plaintiff, persons, individuals and entities whose conduct may, wholly or in part, have contributed to whatever injuries and/or damages said Plaintiff sustained and to require that any judgment rendered herein in favor of Plaintiff and against this answering Defendant be in an amount directly proportionate to said Defendant and Plaintiff's individual degree of fault.

///

///

## FIFTH AFFIRMATIVE DEFENSE

6.    Under and pursuant to the terms of Civil Code, Section 1431.1 through 1435.5, plaintiff is barred and precluded from recovery against this answering defendant for any non-economic damages except those allocated to this Defendant in direct proportion of its percentage of fault, if any such fault or damages there be.

## SIXTH AFFIRMATIVE DEFENSE

7.    That the incident and resulting injuries, if any, as alleged in the Complaint, were proximately and totally caused by the sole negligence of the Plaintiff and but for the aforesaid conduct the incident and alleged injuries and damages would not have occurred.

## SEVENTH AFFIRMATIVE DEFENSE

8.    If any injuries alleged were caused by negligence, this Defendant requests that negligence of all persons or parties in a degree to which such negligence contributed to the alleged incident, or the nature and extent of the injuries actually sustained be determined by the trier of fact.

## EIGHTH AFFIRMATIVE DEFENSE

9.    That the incident and resulting injuries and damages, if any, as alleged in the Complaint, were solely and proximately caused and contributed to by the negligence and carelessness of the Plaintiff in that Plaintiff failed to exercise ordinary care and caution for her safety that an ordinary prudent person would have exercised under the same similar circumstances.

## NINTH AFFIRMATIVE DEFENSE

10.    That each and every cause of action of the Plaintiff is preempted by the Federal Aviation Act of 1958 and the Airline Deregulation Act of 1978, and as a result thereof, Plaintiff is barred from any recovery herein

## ELEVENTH AFFIRMATIVE DEFENSE

11.    This answering Defendant presently has insufficient knowledge and information upon which to form a belief as to whether they may have additional, and as yet unstated, affirmative defenses available. As such, this answering Defendant reserves the right to assert

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

1    additional affirmative defenses in the event discovery reveals facts which render them

2    appropriate.

3         **WHEREFORE,** this answering defendant prays for judgment as follows:

4         1.    That plaintiffs take nothing by way of her Complaint;

5         2.    For costs of suit incurred; and

6         3.    For such other and further relief as the Court may deem just and proper.

7

8    DATED: April 11, 2008                    **WORTHE HANSON & WORTHE**

9

10

11                                   By:_____

12                                        JEFFREY A. WORTHE, ESQ.
                                          Attorneys for Defendant, DELTA AIR
                                          LINES, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*WORTHE HANSON & WORTHE*
*1851 EAST FIRST ST., NINTH FLOOR*
*SANTA ANA, CALIFORNIA 92705*
*TELEPHONE: (714) 285-9600*

4

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
                     )ss
COUNTY OF ORANGE   )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, Ninth Floor, Santa Ana, California 92705.

On April 11, 2008, I served the foregoing document described as **DEFENDANT, DELTA AIR LINES, INC.'S ANSWER TO COMPLAINT** to all interested parties in said action by:

☐    BY FACSIMILE TRANSMISSION from FAX No. (714)285-9700 to the FAX number(s) listed below. The facsimile machine I used complied with Rule 2003(3) and no error was report by the machine.    Fax Number(s):

☐    BY PERSONAL SERVICE as follows: I caused such envelope to be delivered by hand to the offices of the addressee.

☒    BY MAIL as follows:
    ☒    placing ☐ the original ☒ a true copy thereof in a sealed envelope addressed as stated on the ATTACHED MAILING LIST.
    ☐    I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.
    ☒    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐    BY OVERNIGHT DELIVERY: I deposited such an envelope in a box or other facility regularly maintained by express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served as indicated on the attached Service List, at the office address as last given by that person on any document filed in the case and served on the party making service.

☐____STATE - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒____FEDERAL - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 11, 2008, at Santa Ana, California.

_____
MICHELLE L. RIGLEY

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

1

## **MASTER MAILING LIST**
McKinney v. Delta Air Lines, Inc.

2

3    PATRICIA I. JAMES
     MILLER, KING & JAMES, LLP
4    707 Broadway, Suite 1800
     San Diego, CA 92101
5    (619) 685-0077
     Fax: (619) 685-0011
6    **ATTORNEYS FOR PLAINTIFF, JOYCE McKINNEY**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

**PROOF OF SERVICE**

Ex D

**— DO NOT FILE WITH THE COURT —**
**- UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: 619.685.0077 | FOR COURT USE ONLY |
|---|---|---|
| Patricia I. James (CSBN 90633) MILLER, KING & JAMES, LLP 707 Broadway, Suite 1800 San Diego, California 92101 | | |

ATTORNEY FOR (Name):   Plaintiff

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   San Diego

STREET ADDRESS:   330 W. Broadway

MAILING ADDRESS:

CITY AND ZIP CODE:   San Diego, California 92101

BRANCH NAME:   Hall of Justice

PLAINTIFF:   Joyce McKinney

DEFENDANT:   Delta Air Lines, Inc.

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

CASE NUMBER:
37-2007-00082462-CU-PO-CTL

To (name of one defendant only):   Delta Air Lines, Inc.

Plaintiff (name of one plaintiff only):   Joyce McKinney

seeks damages in the above-entitled action, as follows:

|  |  |  | AMOUNT |
|---|---|---|---|
| 1. | **General damages** | | |
| | a. [X] Pain, suffering, and inconvenience | $ | 125,000 |
| | b. [X] Emotional distress | $ | 125,000 |
| | c. [ ] Loss of consortium | $ | |
| | d. [ ] Loss of society and companionship *(wrongful death actions only)* | $ | |
| | e. [ ] Other *(specify)* | $ | |
| | f. [ ] Other *(specify)* | $ | |
| | g. [ ] Continued on Attachment 1.g. | | |
| 2. | **Special damages** | | |
| | a. [X] Medical expenses *(to date)* | $ | 500,000 |
| | b. [X] Future medical expenses *(present value)* | $ | 500,000 |
| | c. [ ] Loss of earnings *(to date)* | $ | |
| | d. [ ] Loss of future earning capacity *(present value)* | $ | |
| | e. [ ] Property damage | $ | |
| | f. [ ] Funeral expenses *(wrongful death actions only)* | $ | |
| | g. [ ] Future contributions *(present value) (wrongful death actions only)* | $ | |
| | h. [ ] Value of personal service, advice, or training *(wrongful death actions only)* | $ | |
| | i. [ ] Other *(specify)* | $ | |
| | j. [ ] Other *(specify)* | $ | |
| | k. [ ] Continued on Attachment 2.k. | | |

3. [ ] Punitive damages: Plaintiff reserves the right to seek punitive damages in the amount of *(specify):* $ _____ when pursuing a judgment in the suit filed against you.

Date:

Patricia I. James (CSBN 90633) .........          ► *(signature)*
(TYPE OR PRINT NAME)                                (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

*(Proof of service on reverse)*

Form Adopted by Rule 982
Judicial Council of California
982(e)(34) [New January 1, 1997]
Mandatory Form
**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**
Legal Solutions Plus
Code of Civil Procedure: §§ 425.11, 425.115

| PLAINTIFF: Joyce McKinney | CASE NUMBER: |
|---|---|
| DEFENDANT: Delta Air Lines, Inc. | 37-2007-00082462-CU-PO-CTL |

## PROOF OF SERVICE

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☒ Statement of Damages    ☐ Other *(specify):*

   b. on *(name):*
   c. by serving    ☐ defendant    ☐ other *(name and title or relationship to person served):*

   d. ☐ ☐ by delivery    ☐ at home    ☐ at business
      (1) date:
      (2) time:
      (3) address:

   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box)*
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b))  *(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)*
   d. ☐ **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) *(Attach completed acknowledgment of receipt.)*
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) *(Attach signed return receipt or other evidence of actual delivery to the person served.)*
   f. ☐ **Other** *(specify code section):*
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

From: sop@cscinfo.com [mailto:sop@cscinfo.com]
Sent: Friday, April 04, 2008 9:11 PM
To: Delta, 971CSC
Subject: Notice of Service of Process


Corporation Service Company ®

CSC SameDay SOP and CSC PowerBrief clients, click here to receive and view
your Service of Process documents now.
For more information on instant access to your SOP, click Sign Me Up.

NOTICE OF SERVICE OF PROCESS


Transmittal Number: 5698919
Date: 04/04/2008


Pursuant to client instructions, we are forwarding this summary and notice
of Service of Process. The Service of Process document has been sent to
the primary contact listed below.


| | |
|---|---|
| Entity: | Delta Air Lines, Inc. |
| Entity I.D. Number: | 2078129 |
| Entity Served: | Delta Air Lines, Inc. |
| Title of Action: | Joyce McKinney vs. Delta Air Lines, Inc. |
| Document(s) type: | Other |
| Nature of Action: | Personal Injury |
| Court: | San Diego Superior Court, California |
| Case Number: | 37-2007-00082462-CU-PO-CTL |
| Jurisdiction Served: | California |
| Date Served on CSC: | 04/04/2008 |
| Answer or Appearance Due: | Other/NA |
| Originally Served On: | CSC |
| How Served: | Personal Service |


Plaintiff's Attorney:
Patricia I. James
619-685-0077


Primary Contact:
J. Scott McClain
Delta Air Lines, Inc

2

**PROOF OF SERVICE**

STATE OF CALIFORNIA)
                )ss
COUNTY OF ORANGE  )

      I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, Ninth Floor, Santa Ana, California 92705.

      On April 17, 2008, I served the foregoing document described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1446(b) AND 28 U.S.C. § 1441(b)** to all interested parties in said action by:

☐    BY FACSIMILE TRANSMISSION from FAX No. (714)285-9700 to the FAX number(s) listed below. The facsimile machine I used complied with Rule 2003(3) and no error was report by the machine.   Fax Number(s):

☐    BY PERSONAL SERVICE as follows: I caused such envelope to be delivered by hand to the offices of the addressee.

☒    BY MAIL as follows:
    ☒    placing ☐ the original ☒ a true copy thereof in a sealed envelope addressed as stated on the ATTACHED MAILING LIST.
    ☐    I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.
    ☒    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐    BY OVERNIGHT DELIVERY: I deposited such an envelope in a box or other facility regularly maintained by express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served as indicated on the attached Service List, at the office address as last given by that person on any document filed in the case and served on the party making service.

☐____STATE - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒____FEDERAL - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      Executed on April 17, 2008, at Santa Ana, California.

MICHELLE L. RIGLEY

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

**PROOF OF SERVICE**

1

## MASTER MAILING LIST
McKinney v. Delta Air Lines, Inc.

2

3    PATRICIA I. JAMES
     MILLER, KING & JAMES, LLP
4    707 Broadway, Suite 1800
     San Diego, CA 92101
5    (619) 685-0077
     Fax: (619) 685-0011
6    **ATTORNEYS FOR PLAINTIFF, JOYCE McKINNEY**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

**PROOF OF SERVICE**

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| JOYCE McKINNEY | DELTA AIR LINES, INC. |

| **(b)** County of Residence of First Listed Plaintiff    San Diego | County of Residence of First Listed Defendant    Atlanta, GA |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
| | NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |

*F I L E D*
*08 APR 17 PM 2: 24*
*SOUTHERN ...*
*BY: ___ DEPUTY*

*'08 CV 0707 JLS AJB*

| **(c)** Attorney's (Firm Name, Address, and Telephone Number) | Attorneys (If Known) |
|---|---|
| Patricia I. James, Miller, King & James, 707 Broadway, Suite 1800 San Diego, CA 92101; (619) 685-0077 | Jeffrey A. Worthe, Worthe Hanson & Worthe, 1851 E. 1st Street, 9th Floor, Santa Ana, CA 92705; (714) 285-9600 |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☒ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Diversity - 28 U.S.C. 1332, 1441 and 1446.

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE _____    DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 04/16/2008 | *(signature)* JEFFREY A. WORTHE |

**FOR OFFICE USE ONLY**

RECEIPT # 149857    AMOUNT $350    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

*MS  4/17*

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 149857    — MS**

**April 17, 2008
14:21:10**

**Civ Fil Non-Pris**
USAO #.: 08CV0707 -JKS
Judge..: JANIS L. SAMMARTINO
Amount.:                    $350.00 CK
Check#.: BC1945

**Total—>  $350.00**

FROM: JOYCE MCKINNEY