ORIGINAL

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

1  **WORTHE HANSON & WORTHE**
   A Law Corporation
2  1851 East First Street, Ninth Floor
   Santa Ana, California 92705
3  Telephone (714) 285-9600
   Facsimile (714) 285-9700
4  jworthe@whwlawcorp.com
   jhanson@whwlawcorp.com
5
6  JEFFREY A. WORTHE, SBN 080856
   JOHN R. HANSON, SBN 149794
7  Attorneys for Defendant, DELTA AIR LINES, INC.
8
9                UNITED STATES DISTRICT COURT
10            SOUTHERN DISTRICT OF CALIFORNIA

                                    '08 CV 0707 JLS AJB

11  JOYCE MCKINNEY, an individual,        )  Case No.
                                          )  SDSC #: 37-2007-00082462-CU-PO-CLT
12                     Plaintiffs,        )
                                          )
13  v.                                    )
                                          )  **NOTICE OF INTERESTED PARTIES**
14  DELTA AIR LINES, INC., and DOES 1 through )
    50, Inclusive,                        )
15                                        )
                     Defendants.          )
16                                        )
                                          )
17  _____      )  Complaint Filed: November 28, 2007

18      **JURISDICTION** of this Court is invoked on the basis of diversity of

19  citizenship and pursuant to 28 U.S.C. 1332, 28 U.S.C. 1441 and 28 U.S.C. 1446.

20

21      The undersigned, counsel of record for Defendant, DELTA AIR LINES, INC.

22  certifies that the following listed parties have a direct, pecuniary interest in the

23  outcome of this case.  These representatives are made to enable the Court to evaluate

24  possible disqualification or recusal:

25  **PARTIES:**

26      Plaintiff, JOYCE McKINNEY

27      Defendant, DELTA AIR LINES, INC.

28  ///

FILED
08 APR 17 PM 2: 24
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

1    Insurance carrier for Defendant, DELTA AIR LINES, INC.: United States

2    Aviation Underwriters, Inc., as Manager of United States Aircraft Insurance Group

3

4

5    DATED: April 16, 2008                          **WORTHE HANSON & WORTHE**

6

7

8    By: _____
           JEFFREY A. WORTHE, ESQ.

9           Attorneys for Defendant, DELTA AIR
           LINES, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

NOTICE OF INTERESTED PARTIES

**PROOF OF SERVICE**

STATE OF CALIFORNIA)
                    )ss
COUNTY OF ORANGE   )

      I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, Ninth Floor, Santa Ana, California 92705.

      On April 17, 2008, I served the foregoing document described as **NOTICE OF INTERESTED PARTIES** to all interested parties in said action by:

☐    BY FACSIMILE TRANSMISSION from FAX No. (714)285-9700 to the FAX number(s) listed below. The facsimile machine I used complied with Rule 2003(3) and no error was report by the machine.  Fax Number(s):

☐    BY PERSONAL SERVICE as follows: I caused such envelope to be delivered by hand to the offices of the addressee.

☒    BY MAIL as follows:
        ☒    placing ☐ the original ☒ a true copy thereof in a sealed envelope addressed as stated on the ATTACHED MAILING LIST.
        ☐    I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.
        ☒    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐    BY OVERNIGHT DELIVERY: I deposited such an envelope in a box or other facility regularly maintained by express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served as indicated on the attached Service List, at the office address as last given by that person on any document filed in the case and served on the party making service.

☐____STATE - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒____FEDERAL - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      Executed on April 17, 2008, at Santa Ana, California.

MICHELLE L. RIGLEY

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

**PROOF OF SERVICE**

# MASTER MAILING LIST
McKinney v. Delta Air Lines, Inc.

1

2

3   PATRICIA I. JAMES
     MILLER, KING & JAMES, LLP
4   707 Broadway, Suite 1800
     San Diego, CA 92101
5   (619) 685-0077
     Fax: (619) 685-0011
6   **ATTORNEYS FOR PLAINTIFF, JOYCE McKINNEY**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

**PROOF OF SERVICE**