David D. Miller (State Bar No. 066863)
Nicholas S. King (State Bar No. 179605)
Patricia I. James (State Bar No. 090633)
MILLER, KING & JAMES, LLP
ATTORNEYS AT LAW
707 Broadway, Suite 1800
San Diego, CA 92101-5314
Telephone: 619.685.0077
Facsimile: 619.685.0011

Attorneys for Plaintiff

Jeffrey A. Worthe (State Bar No. 080856)
WORTHE HANSON & WORTHE
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, CA 92705
Telephone: 714.285.9600
Facsimile: 714.285.9700

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE McKINNEY, an Individual, | Civil No.: 08cv0707 JLS (AJB) |
| Plaintiff, | JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE AND RELATED DEADLINES |
| v. | |
| DELTA AIR LINES, INC. and DOES 1 through 50, inclusive, | |
| Defendants. | Honorable Anthony J. Battaglia United States Magistrate Judge |

Plaintiff JOYCE McKINNEY, by and through her attorneys of record, MILLER, KING & JAMES, LLP and Defendant DELTA AIR LINES, INC., by and through its attorneys of record, WORTHE HANSON & WORTHE, A Law Corporation, hereby make their joint motion for this Court to continue the Early Neutral Evaluation Conference and related deadlines for forty five days.

As shown by the Declaration of Patricia I. James, filed herewith, the basis for this motion is that Plaintiff's present counsel, MILLER, KING & JAMES, LLP is substituting out

of the case or, if necessary, will be bringing a motion to be relieved as counsel.

Under the circumstances, the parties jointly request the Court to continue the Early Neutral Evaluation Conference and the dates for filing and serving the settlement briefs for forty five days in order to allow Plaintiff sufficient time within which to locate other counsel to represent her.

DATED: May 14, 2008　　　　　　　　　　　　WORTHE HANSON & WORTHE
　　　　　　　　　　　　　　　　　　　　　　A Law Corporation


　　　　　　　　　　　　　　　　　　　　　　s/ Jeffrey A. Worthe
　　　　　　　　　　　　　　　　　　　　　　Jeffrey A. Worthe
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for Defendant and that I have obtained authorization from Jeffrey A. Worthe to affix his electronic signature to this document.

DATED: May 14, 2008　　　　　　　　　　　　MILLER, KING & JAMES, LLP


　　　　　　　　　　　　　　　　　　　　　　s/ Patricia I. James
　　　　　　　　　　　　　　　　　　　　　　Patricia I. James
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff