David D. Miller (State Bar No. 66863)
Nicholas S. King (State Bar No. 179605)
Patricia I. James (State Bar No. 90633)
MILLER, KING & JAMES, LLP
ATTORNEYS AT LAW
707 Broadway, Suite 1800
San Diego, CA 92101-5314
Telephone: 619.685.0077
Facsimile: 619.685.0011

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE McKINNEY, an Individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DELTA AIR LINES, INC. and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Civil No.: 08cv0707 JLS (AJB)<br><br>DECLARATION OF PATRICIA I. JAMES IN SUPPORT OF THE JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE AND RELATED DEADLINES<br><br>Honorable Anthony J. Battaglia<br>United States Magistrate Judge |

I, Patricia I. James, declare:

1. I am an attorney licensed to practice under the laws of the State of California, am admitted and qualified as an attorney before this District Court and am a partner with MILLER, KING & JAMES, LLP, counsel of record for Plaintiff JOYCE McKINNEY. All facts set forth herein are based upon my personal knowledge and, if called upon as a witness, I could testify competently hereto.

2. This joint motion to continue the Early Neutral Evaluation Conference and related dates for forty-five days is based on the fact that Plaintiff's present counsel, MILLER, KING & JAMES, LLP is substituting out of the case or, if necessary, will be bringing a motion to be relieved as counsel.

3. Under these circumstances, the parties are jointly requesting the Court to continue

1

DECLARATION OF PATRICIA I. JAMES IN SUPPORT OF THE JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE AND RELATED DEADLINES                                                                                                08cv0707

the Early Neutral Evaluation Conference, presently set for May 29, 2008 as well as the dates for Plaintiff and Defendant to file and serve their settlement briefs, i.e., May 15, 2008 and May 22, 2008, respectively, for forty five days in order to allow Plaintiff sufficient time within which to locate other counsel to represent her.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 14, 2008 at San Diego, California.

/S/ Patricia I. James
Patricia I. James

DECLARATION OF PATRICIA I. JAMES IN SUPPORT OF THE JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE AND RELATED DEADLINES                                    08cv0707