**PROOF OF SERVICE**
*McKinney v. Delta Air Lines, INC. et al.*
Case No. 08cv0707 JLS (AJB)

I, the undersigned, declare that I am, and was at the time of service of the papers referred to herein, over the age of eighteen years, and not a party to the action. My business address is 707 Broadway, Suite 1800, San Diego, California 92101-5314. On **May 14, 2007**, I sent a true copy of the following document(s):

1. **JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE AND RELATED DEADLINES**

2. **DECLARATION OF PATRICIA I. JAMES IN SUPPORT OF THE JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE AND RELATED DEADLINES**

3. **ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND RELATED DEADLINES**

on all interested parties in this action as follows:

| | |
|---|---|
| Jeffrey A. Worthe, Esq.<br>WORTHE HANSON & WORTHE<br>A Law Corporation<br>1851 East First St., Ninth Floor<br>Santa Ana, CA 92705<br>Fax: 714.285.9700 | Attorneys for Defendant Delta Air Lines, INC. |

       **U.S. MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Accordingly, the above-referenced document(s) were enclosed in a sealed envelope which, in the ordinary course of business, will be deposited with the United States Postal Service the same day; and said envelope was addressed as shown on the attached service list.

X     **BY FAX:** I transmitted a copy of the foregoing document(s) on this date by facsimile transmittal to the number shown on the service list.

       **BY FEDEX:** I transmitted a copy of the foregoing document(s) on this date by FEDEX transmittal to the address shown on the service list.

       **BY PERSONAL SERVICE:** I personally delivered such document(s) by hand to the offices of the addressee.

       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **May 14, 2007** at San Diego, California.

                                               s/ Patricia I. James
                                               Patricia I. James