1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOYCE McKINNEY, an Individual, | ) | Civil No.: 08cv0707 JLS (AJB) |
| | ) | |
| Plaintiff, | ) | ORDER VACATING EARLY NEUTRAL |
| | ) | EVALUATION CONFERENCE; SETTING |
| v. | ) | A CASE MANAGEMENT CONFERENCE |
| | ) | PURSUANT TO JOINT MOTION |
| DELTA AIR LINES, INC. and DOES 1 | ) | |
| through 50, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Joint Motion to Continue the Early Neutral Evaluation, the Court finds this case inappropriate for an Early Neutral Evaluation Conference and therefore, schedules a Case Management Conference instead.

The May 29, 2008 Early Neutral Evaluation Conference is hereby vacated. A Case Management Conference is scheduled for ***July 14, 2008 at 9:00 a.m.*** Counsel for plaintiff shall initiate the conference call. The purpose of the conference is to set a timetable and schedule for future proceedings and discovery and to explore possibilities for early settlement.

///

///

///

///

08cv0707

1      Each responsible attorney of record and all parties representing themselves shall

2  participate in the conference.  Represented parties need not participate.  Counsel for plaintiff

3  shall notify all parties of this conference who have made an appearance after the date of this

4  Order.

5      IT IS SO ORDERED.

6  DATED:  May 19, 2008

7  _____
   Hon. Anthony J. Battaglia

8  U.S. Magistrate Judge
   United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08cv0707