**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
jworthe@whwlawcorp.com
jhanson@whwlawcorp.com

JEFFREY A. WORTHE, SBN 080856
JOHN R. HANSON, SBN 149794

Attorneys for Defendant, DELTA AIR LINES, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE MCKINNEY, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>DELTA AIR LINES, INC., and DOES 1 through 50, Inclusive,<br><br>    Defendants. | Case No. 08-CV-0707 JLS(AJB)<br>SDSC #: 37-2007-00082462-CU-PO-CLT<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>Complaint Filed: November 28, 2007 |

**JURISDICTION** of this Court is invoked on the basis of diversity of citizenship and pursuant to 28 U.S.C. 1332, 28 U.S.C. 1441 and 28 U.S.C. 1446.

**PLEASE TAKE NOTICE** that Plaintiff, JOYCE McKINNEY and Defendant, DELTA AIR LINES, INC. have entered into a settlement of the within action.

Defendant DELTA AIR LINES, INC. anticipates being able to file the Stipulation for Dismissal within sixty (60) days.

///
///
///
///

1
NOTICE OF SETTLEMENT OF ENTIRE ACTION

1  The settling parties request that the Court maintain jurisdiction over this matter
2  until Plaintiff's counsel has received the settlement check, which should take place
3  within sixty (60) days.

5  DATED: June 30, 2008                    **WORTHE HANSON & WORTHE**

                                           By: _____
                                           JEFFREY A. WORTHE, ESQ.
                                           Attorneys for Defendant, DELTA AIR
                                           LINES, INC.