cal_____

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE MCKINNEY, an Individual, ) <br> ) <br> Plaintiff, ) <br> ) <br>v. ) <br> ) <br>DELTA AIR LINES, INC., and DOES 1 ) <br>through 50, Inclusive, ) <br> ) <br> Defendants. ) <br>_____) | Civil No.08cv0707 JLS (AJB) <br><br>ORDER VACATING CASE <br>MANAGEMENT CONFERENCE; <br>SETTING A SETTLEMENT <br>DISPOSITION CONFERENCE |

In light of the Notice of Settlement filed in the above entitled action, the Court vacates the July 14, 2008 Case Management Conference and schedules a telephonic Settlement Disposition Conference for *August 29, 2008 at 9:30 a.m.* Counsel for plaintiff shall initiate the conference call. The conference will proceed unless a joint motion for dismissal has been submitted for Judge Sammartino's signature and Judge Battaglia's chambers so notified prior to the conference.

IT IS SO ORDERED.

DATED: June 30, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court