**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
jworthe@whwlawcorp.com
jhanson@whwlawcorp.com

JEFFREY A. WORTHE, SBN 080856
JOHN R. HANSON, SBN 149794

Attorneys for Defendant, DELTA AIR LINES, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE MCKINNEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DELTA AIR LINES, INC., and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 08-CV-0707 JLS(AJB)<br>SDSC #: 37-2007-00082462-CU-PO-CLT<br><br>**STIPULATION RE: DISMISSAL**<br><br>Complaint Filed: November 28, 2007 |

**JURISDICTION** of this Court is invoked on the basis of diversity of citizenship and pursuant to 28 U.S.C. 1332, 28 U.S.C. 1441 and 28 U.S.C. 1446.

**IT IS HEREBY STIPULATED** by and between Plaintiff, JOYCE McKINNEY and Defendant DELTA AIR LINES, INC., through their respective attorneys of record that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, pursuant to *Federal Rule of Civil Procedure* 41(a)(1).

DATED: 7. 22 , 2008        MILLER, KING & JAMES, LLP

By: _____
DAVID D. MILLER, ESQ.
Attorneys for Defendant, JOYCE McKINNEY

| | |
|---|---|
| DATED: 6/30, 2008 | WORTHE HANSON & WORTHE<br><br>By: _____<br>JEFFREY A. WORTHE, ESQ.<br>Attorneys for Defendant, DELTA AIR LINES, INC. |

**ORDER**

**IT IS SO ORDERED.**

DATED: _____, 2008         _____
                                 UNITED STATES DISTRICT JUDGE